■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAJENDRA SINGH, Appellant. [665 NYS2d 920] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 27, 1997 (*People v Singh,* 235 AD2d 558), affirming a judgment of the Supreme Court, Queens County, rendered September 5, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Miller, J. P., Ritter, Copertino and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SLEDGE, Appellant. [665 NYS2d 332] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 4, 1990 (*People v Sledge,* 162 AD2d 481), affirming a judgment of the Supreme Court, Kings County, rendered August 11, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Rosenblatt, O'Brien and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SMITH, Appellant. [665 NYS2d 919] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 24, 1990 (*People v Smith,* 168 AD2d 653), affirming a judgment of the Supreme Court, Kings County, rendered October 15, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Rosenblatt, O'Brien and Ritter, JJ., concur.